IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

SIMAN O. HASSAN,

      Plaintiff,

    v.

CAROLYN W. COLVIN,
Commissioner of
Social Security

      Defendant.

6:12-cv-02032-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d

1 - ORDER

1202, 1206 (9th Cir. 1983).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation (#22). The Commissioner's decision is AFFIRMED and the case is DISMISSED.

IT IS SO ORDERED.

DATED this 22 day of November, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER